E-FILED IN OFFICE - G
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGI
20-C-08656-S6
12/4/2020 5:07 PM

## IN THE STATE COURT OF GWINNETT COUNTY

### STATE OF GEORGIA

**Kay Starnes,**

PLAINTIFF

VS.

**Publix Super Markets, Inc,**

DEFENDANT

CIVIL ACTION NUMBER:   **20-C-08656-S6**

CLERK OF STATE COURT

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Campbell Williamson, Schneider Hammers LLC
5555 Glenridge Connector, Suite 975
Atlanta, GA 30342

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This ___4TH___ day of ___DECEMBER___, 20 _20_ .

Richard T. Alexander, Jr.,
Clerk of State Court

By_____
Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

# EXHIBIT A

E-FILED IN OFFICE - C
CLERK OF STATE COUR
GWINNETT COUNTY, GEORGI
**20-C-08656-S**
**12/4/2020 5:07 PN**

CLERK OF STATE COUR

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| KAY STARNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | FILE NO. **20-C-08656-S6** |
| PUBLIX SUPER MARKETS, INC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## COMPLAINT FOR PERSONAL INJURIES
### (Jury Trial Demanded)

COMES NOW Plaintiff in the above-styled civil action, and brings this Complaint against the above-named Defendant, and in support thereof, shows the Court as follows:

1.

Defendant is a foreign profit corporation doing business in this state and county and is subject to the jurisdiction and venue of this Court.

2.

On January 17, 2019, Plaintiff was an invitee-customer at Defendant's supermarket located at 7780 McGinnis Ferry Road, Suwanee, Georgia 30024 in Gwinnett County.

3.

At said place and time, Plaintiff slipped and fell on a greasy substance on the floor of Defendant's premises.

4.

This greasy substance constituted a hazardous condition on Defendant's premises.

5.

At said place and time, Plaintiff had no knowledge of the hazardous condition and was unable to visualize or appreciate it.

6.

No hazardous condition warnings were placed in a conspicuous location to warn Plaintiff of the hazard on the premises.

7.

Defendant had actual or constructive knowledge of the hazardous condition caused by the grease on the floor.

8.

At said place and time, Defendant owed a duty to Plaintiff to exercise ordinary care to keep the premises safe, to not injure Plaintiff by maintaining a hazardous condition, and to warn Plaintiff of any hazardous conditions on its premises.

9.

Defendant breached this duty of care by, among other things, failing to keep the area safe for Plaintiff, failing to warn the Plaintiff of the dangerous condition, and failing to regularly inspect and/or maintain the area so as to discover and remove hazards.

10.

As a proximate result of said negligence, Plaintiff sustained personal injuries and incurred charges for medical care in excess of $26,570.39, to date, and other expenses to be proven at trial.

11.

As a further result of said negligence, Plaintiff has endured physical and mental pain and

suffering, inconvenience, inability to enjoy a normal life, and Plaintiff is entitled to judgment against Defendant in an amount sufficient to constitute full and complete compensation for all of her injuries and damages, past, present, and future.

WHEREFORE, Plaintiff prays for the following:

(a) That service of process issue upon the Defendant as provided by law;

(b) That Plaintiff be awarded compensatory damages for medical and other expenses and general damages for pain and suffering, past, present and future in a sum and amount to be shown at trial in accordance with the enlightened conscience of an impartial jury;

(c) That Plaintiff have a trial by jury on all issues;

(d) The Plaintiff have such other and further relief as this Honorable Court deems just and proper under the circumstances.

Respectfully submitted,

*/s/ Campbell Williamson*
Jason T. Schneider
Georgia Bar Number 629549
Campbell Williamson
Georgia Bar Number 841365
Attorneys for Plaintiff

SCHNEIDER HAMMERS LLC
5555 Glenridge Connector, Suite 975
Atlanta, Georgia 30342
(770) 394-0047

*/s/ Kathleen Edwards-Opperman*
Kathleen Edwards-Opperman
Georgia Bar Number 241460
Attorney for Plaintiff

MONTLICK & ASSOCIATES, P.C.
17 Executive Park Drive, Suite 300
Atlanta, Georgia 30329
(404) 235-5000