IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAY STARNES, | : |
| Plaintiff | : |
| v. | : CIVIL ACTION |
| | : FILE NO. 1:21-CV-03424-VMC |
| PUBLIX SUPER MARKETS, INC., | : |
| Defendant | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated, by and between Plaintiff Kay Starnes and Defendant Publix Super Markets, Inc., that this action by Plaintiff against Defendant shall be dismissed with prejudice. Plaintiff and Defendant are to bear their own respective attorneys' fees and costs in this action.

This __19th__ day of ____August____, 2022.

**SCHNEIDER HAMMERS, LLC**

/s/ Campbell Williamson
_____
CAMPBELL WILLIAMSON
Georgia Bar No. 841365
*Counsel for Plaintiff*
5555 Glenridge Connector, Suite 975
Atlanta, Georgia 30342
campbell@schneiderhammers.com

**FAIN, MAJOR & BRENNAN, P.C.**

_/s/ James W. Hardee_
JAMES W. HARDEE
Georgia Bar No. 324399
*Counsel for Defendant*
One Premier Plaza
5605 Glenridge Dr. N.E., Suite 900
Atlanta, GA 30342
jhardee@fainmajor.com